UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LENA IRENE MALAWEY, | ) |
| --- | --- |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:05CV331 HEA |
| | ) |
| CYNDI PRUDDEN, | ) |
| | ) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2254. [Doc. No. 1]. The Court referred this matter to Magistrate Judge Lewis M. Blanton for a Report and Recommendation pursuant to 28 U.S.C. § 636. Judge Blanton has filed his Report and Recommendation that the Petition be denied. No objections to the report and recommendation have been filed within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Blanton as set forth in his January 24, 2008 Report and Recommendation.

## Certificate of Appealablity

The federal statute governing certificates of appealability provides that "[a]

certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A substantial showing of the denial of a constitutional right requires that "issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997). Based on the record, and the law as discussed herein, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition of Lena Irene Malawey, for Writ of Habeas Corpus, [Doc. No. 1], pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability will not issue in that, as Petitioner has not made a substantial showing of the denial of a federal constitutional right.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

Dated this 8th day of February, 2008.

_____
   HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE